1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   DENNIS BURRESON,
                                 NO. CIV. S-13-0066 LKK/AC
11          Plaintiff,

12      v.
                                      O R D E R
13   BASF CORPORATION, and
     DOES 1 through 50,
14   inclusive,

15          Defendants.
     _____/
16

17       Plaintiff filed the complaint herein on January 10, 2013.

18   Summons issued four days later. Plaintiff appears not to have yet

19   served defendant. A status conference is currently set for April

20   1, 2013 at 10:30 a.m., but plaintiff has not filed a status report.

21       Pursuant to Fed. R. Civ. P. 4, plaintiff has 120 days (*i.e.*,

22   until May 10, 2013) to serve defendant.

23       Based on the foregoing, the court orders as follows:

24       [1]  The status conference currently scheduled for April 1,

25            2013 is VACATED.

26   ////

1   [2]  A new status conference is SET for June 24, 2013 at
2        10:00 a.m. Parties shall file status reports fourteen
3        (14) days prior to the status conference.
4   [3]  Plaintiff is DIRECTED to serve defendant with a copy of
5        this order when he serves process herein.
6   IT IS SO ORDERED.
7   DATED:  March 28, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT