UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS BURRESON,

         NO. CIV. S-13-0066 LKK/AC

    Plaintiff,

  v.

         O R D E R

BASF CORPORATION, and DOES 1 through 50, inclusive,

    Defendants.

_____/

    Plaintiff filed the complaint herein on January 10, 2013. Summons issued four days later. Plaintiff appears not to have yet served defendant. A status conference is currently set for April 1, 2013 at 10:30 a.m., but plaintiff has not filed a status report.

    Pursuant to Fed. R. Civ. P. 4, plaintiff has 120 days (*i.e.*, until May 10, 2013) to serve defendant.

    Based on the foregoing, the court orders as follows:

    [1]  The status conference currently scheduled for April 1, 2013 is VACATED.

////

1

1        [2]   A new status conference is SET for June 24, 2013 at
2              10:00 a.m. Parties shall file status reports fourteen
3              (14) days prior to the status conference.
4        [3]   Plaintiff is DIRECTED to serve defendant with a copy of
5              this order when he serves process herein.
6        IT IS SO ORDERED.
7        DATED:  March 28, 2013.

                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT